| | |
|---|---|
| KIMSHU CARY and her husband, ) | |
| PETER CARY ) | |
| ) | No. 1:09-0064 |
| v. ) | JUDGE CAMPBELL |
| ) | |
| THE KROGER COMPANY, INC., et al. ) | |

ORDER

For the reasons explained in the accompanying Memorandum, the Motion For Summary Judgment (Docket No. 14) filed by the defendants, The Kroger Company, Inc., and Kroger Limited Partnership I, is hereby DENIED.

IT IS SO ORDERED.

*[signature: Todd Campbell]*

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE