IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

```
KIMSHU CARY, et al.,           )
                               )
     Plaintiffs,               )
                               )
     v.                        )  NO. 1:09-0064
                               )  Judge Campbell/Bryant
THE KROGER COMPANY, INC., et al.) Jury Demand
                               )
     Defendants.               )
```

**O R D E R**

The Chief Judge has set this matter for a jury trial on December 14, 2010, with a final pretrial conference on November 15, 2010 (Docket Entry No. 23). It appears that all deadlines have now passed in this matter. Therefore, the Magistrate Judge certifies this matter ready for trial, and the Clerk is **directed** to forward the file to the Chief Judge. Unless otherwise directed by the District Judge, there appear to be no further proceedings to be conducted before the Magistrate Judge.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge