UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KIMSHU CARY, et al.            )
                               )
v.                             )    NO. 1:09-0064
                               )    JUDGE CAMPBELL
THE KROGER CO., INC., et al.   )

## ORDER

Due to a criminal trial, the trial of this case is CONTINUED to August 23, 2011, at 9:00 a.m. in Columbia, Tennessee. A pretrial conference is scheduled for August 15, 2011, at 9:00 a.m. in Nashville, Tennessee.

Any supplemental filings shall be filed by August 1, 2011. Any responses shall be filed by August 8, 2011.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE